■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MAGGIO, Appellant. [788 NYS2d 863]—Application by the appellant for a writ of error coram nobis, in effect, to vacate, a judgment of the County Court, Westchester County, rendered

March 31, 1998, so that he may be resentenced nunc pro tunc and file a notice of appeal, on the ground that his attorney failed to file a notice of appeal.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]; *People v Bachert,* 69 NY2d 593 [1987]; *People v Montgomery,* 24 NY2d 130 [1969]). Florio, J.P., H. Miller, Ritter and Santucci, JJ., concur.